IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

QUINCY LAJAMES JONES NELSON     §

VS.                                        §         CIVIL ACTION NO.   9:25-CV-342

J. MAYO, ET AL.                      §

**MEMORANDUM OPINION AND ORDER**

Plaintiff Quincy LaJames Jones Nelson, a prisoner confined at the Clements Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against employees of the Clements Unit.

Discussion

When jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391(b) provides that venue is proper in the judicial district where the defendants reside or in which the claim arose.  Venue is not proper in the Eastern District of Texas, because the plaintiff alleges that the claims arose in the Northern District of Texas.  Under 28 U.S.C. § 1404, the district court may transfer a civil action to any other district where it could have been brought for the convenience of parties and witnesses and in the interest of justice.  The court has considered the circumstances and has determined that justice would be served by transferring this action to the district where the claims arose and the defendants reside.  It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Amarillo Division of the

United States District Court for the Northern District of Texas.

**SIGNED this the 17th day of March, 2026.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE